IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>LILLIAN OSMARA LARIOS,<br><br>    Defendant. | No. CR 17-0244 WHO<br><br>**ORDER TO ALLOW DISCLOSURE OF LARIOS PRESENTENCE REPORT TO IMMIGRATION COURT**<br><br>Hon. William H. Orrick, III |

**FOR GOOD CAUSE SHOWN,** counsel of record John J. Jordan shall be permitted to disclose a copy of the Presentence Report (PSR) for defendant LILLIAN OSMARA LARIOS to Kelly Wells, the defendant's immigration attorney, for the sole purpose of providing the PSR as a confidential document to the San Francisco Immigration Judge and the government attorney at the defendant's removal hearing in the San Francisco Immigration Court, in case In the Matter of Lilian Larios, A# 087-681-821.

**SO ORDERED.**

Date: May 2, 2018.

_____
HON. WILLIAM H. ORRICK
United States District Judge